**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerry Smith,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Carolyn W. Colvin, Acting Commissioner of the Social Security Administration,<br><br>　　　　　　　Defendant. | No. CV-11-02524-PHX-DGC<br><br>**ORDER** |

　　　　On February 27, 2013, the Court issued an order granting Plaintiff's motion for attorneys' fees in the amount of $7,945.46. Doc. 36. That amount was the original amount Plaintiff requested in his motion. Doc. 31. Because the government opposed the motion, Plaintiff was required to spend additional time researching and drafting a reply brief. Doc. 35. In the reply, Plaintiff's counsel noted that he had spent an additional 4.4 hours in preparation and that he now requested the sum of $9,217.26. Doc. 35 at 10. The Court overlooked the additional request, and its failure to consider it was manifest error. "Fees on fees" are permissible in the Ninth Circuit when the agency position is not substantially justified. *Atkins v. Apfel*, 154 F.3d 986, 988-89 (9th Cir. 1998). The Court found in its previous order that the Commissioner's position was not substantially justified and that the requested fees were reasonable. The Court finds that the additional time to prepare a reply brief is also reasonable.

　　　　**IT IS ORDERED** that Plaintiff's motion for reconsideration (Doc. 37) is **granted.** The Court's previous order (Doc. 36) is amended to award Plaintiff attorney's

1   fees in the amount of $9,217.26.

2   Dated this 15th day of March, 2013.

_____
David G. Campbell
United States District Judge